USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 5:11-cv-05166-JLH Document 5 Filed 08/02/11 Page 1 of 2

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
AUG 0 2 2011
CHRIS R. JOHNSON, CLERK
BY _____ DEPUTY CLERK

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| CHRISTINA-LEAS: FAMILY DUNN | 11-5166 |
| DEFENDANT | TYPE OF PROCESS |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | comp, order, notice |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Portfolio Recovery Associates, LLC registered agent, Judith Scott
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Registered Agent, 120 Corporate Blvd., Norfolk, Virginia 23502

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

HONORABLE ERIN L. SETSER
John Paul Hammerschmidt Federal Building, Room 213
35 East Mountain
Fayetteville, Arkansas 72701

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

(Received 2011 JUL 22 PM 3:13 U.S. MARSHALS SERVICE)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
HONORABLE ERIN L. SETSER
TELEPHONE NUMBER: (479) 251-1946
DATE: 7/20/11

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1-1 | 10 | 83 | Whitney Cipp | 7/22/11 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 7/26/2011    Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy
Mike Oglesby by Whitney Cipp

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $55.00 | | | $55.00 | | |

REMARKS:
Certified Mail 7008 0150 0001 5238 4978

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Portfolio Recovery Associates, LLC
Registered Agent, Judith Scott
120 Corporate Blvd.
Norfolk, Virginia 23502

C: 11-5166

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_ ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   JUL 2011  NORFOLK VA 23502

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   *(Transfer from service label)*
   7008 0150 0001 5238 4978

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540