IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

christina-leas;(family); dunn                                      PLAINTIFF

VS.                              NO. 11-5166

PORTFOLIO RECOVERY ASSOCIATES, LLC                                 DEFENDANT

## NOTICE OF APPEARANCE

That Keith M. McPherson of the Laser Law Firm, P.A. hereby enter his appearance in the above styled action as counsel for Defendant, Portfolio Recovery Associates, LLC.

Respectfully submitted,

Laser Law Firm, P.A.
101 S. Spring Street, Suite 300
Little Rock, AR 72201-2488
(501) 376-2981

By: /s/ Keith McPherson
　　　Keith McPherson (Bar #91194)
　　　Kmcpherson@laserlaw.com

1

## **CERTIFICATE OF SERVICE**

      I, Keith McPherson, hereby certify that on the 16th day of August, 2011 I mailed the document by United States Postal Service to the following non CM/ECF participants:

Ms. Christina-Leas (family) Dunn
2355 Sequoyah Dr.
Rogers, AR 72758

                    /s/ Keith McPherson

                    Keith McPherson (Bar #91194)
                    Attorney for Defendant
                    Laser Law Firm, P.A.
                    101 S. Spring Street, Suite 300
                    Little Rock, AR 72201
                    (501) 376-2981
                    Kmcpherson@laserlaw.com