IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CHRISTINA L. DUNN, A/K/A**                                                                            **PLAINTIFF**
**CHRISTINA LAPETINA**

**VS.**                                                    **NO. 11-5166**

**PORTFOLIO RECOVERY ASSOCIATES, LLC**                         **DEFENDANT**

## STIPULATION OF SETTLEMENT

Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, by and through its undersigned counsel, hereby submits this Stipulation of Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                             Respectfully submitted,

                                             LASER LAW FIRM, P.A.
                                             101 S. Spring Street, Suite 300
                                             Little Rock, Arkansas 72201-2488
                                             (501) 376-2981


                                     BY:   /s/Keith McPherson
                                                   KEITH M.  McPHERSON
                                                   BAR ID #91194
                                                   E-mail: kmcpherson@laserlaw.com

CERTIFICATE OF SERVICE

      I, Keith M. McPherson, hereby certify that a copy of the above and foregoing pleading has been served on the following individual of record as listed below this 30th day of July, 2012.

Via Email: gracehappens@rocketmail.com
and First Class Mail

Ms. Christina Leas Dunn
2355 Sequoyah Drive
Rogers, Ar 72758

                                  /s/Keith M. McPherson
                                  KEITH M. McPHERSON